**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**SARAH LANAE TURNLEY**                          **CIVIL ACTION**

**VERSUS**                                                   **NO. 25-558-SDD-RLB**

**JP MORGAN CHASE BANK, N.A.**

<u>**NOTICE**</u>

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on February 26, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

SARAH LANAE TURNLEY                                   CIVIL ACTION

VERSUS                                                            NO. 25-558-SDD-RLB

JP MORGAN CHASE BANK, N.A.

<u>**REPORT**</u>

This Report and Recommendation is issued *sua sponte.* This matter was initiated by plaintiff Sarah Lanae Turnley with a Complaint naming as defendant JP Morgan Chase Bank, N.A. (R. Doc. 1). In addition, plaintiff filed a Motion to Proceed in forma pauperis, which the Court granted. (R. Docs. 2, 3). Within the Order, plaintiff was advised that she is responsible for service of summons and complaint on the defendants. On the same date, July 15, 2025, the Clerk of Court issued summons to defendant JP Morgan Chase Bank, N.A. (R. Doc. 4).

On September 11, 2025, the Court entered an Order resetting a scheduling conference to November 19, 2025 with a joint status report due by November 5, 2025. (R. Doc. 6). Within the Court's Order, plaintiff was reminded of her responsibility to serve the defendant in accordance with Fed. R. Civ. P. 4 and was advised that failure to serve the defendant will result in an order to show cause being issued.

On November 11, 2025, the Court entered an Order to Show Cause directing plaintiff to show cause, in writing, why her claim asserted against JP Morgan Chase Bank, N.A. should not be dismissed because of her failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).  (R. Doc. 8). Plaintiff was advised that failure to file a response to the Order may result in the dismissal of her claim against the defendant without further notice. A review of the record indicates plaintiff has not filed a response to the order to show cause and summons have

not been returned executed. Additionally, there is no indication in the record that plaintiff did not receive the Court's Order.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that plaintiff's claim asserted against JP Morgan Chase Bank, N.A. should be dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on February 26, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**