## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

SARAH LANAE TURNLEY

VERSUS

JP MORGAN CHASE BANK, N.A.

CIVIL ACTION

25-558-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated February 26, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that plaintiff's claim asserted against JP Morgan Chase Bank, N.A. is dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on this _19_ day of March, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.